UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary H. Martinez, | No. 2:20-cv-01666-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Boston Scientific Corporation, | |
| Defendant. | |

    This case is related to a multi-district litigation, MDL 2326, which consolidated tens of thousands of cases involving plaintiffs implanted with pelvic mesh products manufactured by the defendant. *See generally In Re: Bos. Sci. Corp., Pelvic Repair Sys. Prods. Liab. Litig.*, No. MDL 2326 (S.D. W. Va. Jan. 29, 2012). In August 2020, this matter was referred to this court by presiding MDL Judge Goodwin to promote efficient resolution of this case. *See* Transfer Order at 1, ECF No. 53.

    On May 13, 2019 defendant Boston Scientific Corporation filed a motion for summary judgment. Def.'s Mot. Summ. J., ECF No. 51. Plaintiff Mary Martinez timely filed a reply. Pl. Opp'n Summ. J., ECF No. 52. After Judge Goodwin remanded the case on September 9, 2020, this court ordered the parties to file a joint statement within fourteen days addressing whether the pending motion for summary judgment was ripe for adjudication. Sept. Minute Order, ECF No. 63. On September 23, 2020 the parties filed a joint statement confirming the motion was ripe for

1

adjudication, narrowing their disputes in part, with Boston Scientific requesting the opportunity to file a reply.  Jt. Statement, ECF No. 64.  The court, by minute order, then set the summary judgment hearing for December 11, 2020, granting the request to file a reply.  Oct. Minute Order, ECF No. 65; *see also* ECF No. 66 (Reply filed October 22, 2020).  On December 8, three days before hearing, the parties filed a joint stipulation requesting a continuance of the hearing for ninety days to allow for settlement discussions to be completed.  Jt. Stip, ECF No. 67.

Requests for continuances of hearings on the motion calendar are to be made at least seven days before the scheduled hearing date.  L.R. 230.  As noted, the parties filed their stipulation for approval three days prior to the hearing date, after the court had begun preparing for hearing and court staff had expended considerable effort to support the court's preparation.  While the court acknowledges the parties' stated interest in conserving judicial resources, that interest is advanced by full compliance with the local rules.  Given the parties' representation that they now are engaged in settlement discussions, the court is hard pressed to deny their request for a continuance.  But in doing so, it admonishes the parties that future stipulations or requests must be made by the time provided for by the rules or this court's standing orders.  Future noncompliant requests are likely to be denied, unless supported by a strong showing of good cause for the delay, or met with an order to show cause why sanctions should not issue.

**Defendant Boston Scientific's motion for summary judgement is continued from December 11, 2020 to March 26, 2021.  The parties are ordered to file a joint statement on the status of settlement discussions 30 days prior to the new hearing date, providing reliable information on their positions regarding whether the hearing should go forward.**

This order resolves ECF No. 67.

IT IS SO ORDERED.

DATED:  December 9, 2020.

CHIEF UNITED STATES DISTRICT JUDGE