

# United States District Court
# Eastern District of California

| Mary Martinez | |
|---|---|
| Plaintiff(s) | Case Number: 2:20-cv-01666-KIM-AC |

V.

| Boston Scientific Corporation | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Laurel Li Harris hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Mary Martinez

On 04/26/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Mississippi (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Autumn Zetz v. Boston Scientific Corp. - No. 1:10-cv-451-WI-SAB, on 11/19/2021 - GRANTED

Date: 12/09/2021           Signature of Applicant: /s/ Laurel Li Harris

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Laurel Li Harris |
| Law Firm Name: | Bossier & Associates, PLLC |
| Address: | 1520 N. State Street |
| City: | Jackson     State: MS    Zip: 39202 |
| Phone Number w/Area Code: | (601) 352-5450 |
| City and State of Residence: | Terry, Mississippi |
| Primary E-mail Address: | lharris@bossier-law.com |
| Secondary E-mail Address: | pfairchild@bossier-law.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Greg A. Vigna, MD, JD |
| Law Firm Name: | Vigna Law Group |
| Address: | 1155 Coast Village Road, Suite C |
| City: | Santa Barbara    State: CA    Zip: 93108 |
| Phone Number w/Area Code: | (800) 761-9206    Bar # 283137 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 22, 2021

CHIEF UNITED STATES DISTRICT JUDGE

# The Supreme Court of Mississippi



## *Certificate of Good Standing*

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Laurel Li Harris** was duly and legally admitted to practice law before the Supreme Court of Mississippi on April 26, 2012, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on December 9, 2021, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*[signature]*

CLERK